IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEREMY JOHNSON,

Plaintiff,

v.

TRANS UNION, LLC,

Defendant.

Case No. 20-cv-1277 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 12, 2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                                 **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**